# UNITED STATES DISTRICT COURT
**District of Minnesota**

**JUDGMENT IN A CIVIL CASE**

Valerie G. Buster,

               Plaintiff,        MDL 15–2666 (JNE/DTS)

v.                                   Case No.: 0:16–cv–03447–JNE–DTS

3M Company,
Arizant Healthcare, Inc.

               Defendants,

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court GRANTS Defendants' Motion to Reconsider the Court's December 13, 2017 Order on Motion to Exclude Expert Testimony and Motion for Summary Judgment [ECF No. 1718].

2. Defendants' Daubert Motions to Exclude the Expert Testimony of Drs. Jarvis, Samet, Stonnington, and Elghobashi are GRANTED.

3. Defendants' Motion for Summary Judgment is GRANTED.

4. The Clerk of Court is directed to enter judgment in and close all remaining member cases in this MDL.

5. The Clerk of Court is directed to terminate pending motions ECF Nos. 1731, 1836, 1880, 1926, 1933, and 2028.

Date: August 6, 2019                                            KATE M. FOGARTY, CLERK

                                                                    s/ Katie Thompson
                                                                        *Deputy Clerk*



# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848–1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664–5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529–3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739–5758 |

## CIVIL NOTICE

**The appeal filing fee is $505.00. If you are indigent, you can apply for leave to proceed in forma pauperis, ("IFP").**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals or the Federal Circuit Court of Appeals (when applicable) from a final decision of the District Court in a civil case.

> *This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.*

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.